IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PATRICK SHAWN SYLVESTER,                )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )   1:21CV67
                                        )
GARY WILSON FRANK, ALLEN B.             )
MARTIAN, CODY JOHSON, and               )
NURSE BRITTANY BELGER,                  )
                                        )
            Defendant(s).               )

### ORDER

On March 18, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants Cody Johson and Nurse Brittany Belger are allowed to proceed.

**IT IS FURTHER ORDERED** that the claims against Defendants Gary Wilson Frank and Allen B. Martian are dismissed pursuant to 28 U.S.C. § 1915A for seeking monetary relief from defendants immune from such relief.

This the 22nd day of April, 2021.

                                        /s/ William L. Osteen, Jr.
                                        United States District Judge